# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3316

_____

Pete Alspach; Joel Smitherman

*Plaintiffs - Appellants*

v.

John Baldwin; Nicholas Ludwick; John Ault; Harbans Deol, M.D.; Edward
O'Brien, M.D.; Heather Brueck; Darrell Moeller; Joni Wells; John Doe, Dentist

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 20, 2015
Filed: November 24, 2015
[Unpublished]

_____

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Iowa inmates Pete Alspach and Joel Smitherman brought a 42 U.S.C. § 1983
action seeking damages based on their claim that defendants exhibited deliberate
indifference to the inmates' need for dentures by allowing them to remain a lengthy

period of time on a waiting list before providing the dentures. The district court[1] granted summary judgment for defendants, finding that they were entitled to qualified immunity in the circumstances of this case.

Upon careful de novo review, see Moore v. Jackson, 123 F.3d 1082, 1086 (8th Cir. 1997) (standard of review), we conclude summary judgment was properly granted, because we agree with the district court that the unrebutted evidence showed that neither inmate had an objectively serious medical need for dentures, see Fourte v. Faulkner Cnty., Ark., 746 F.3d 384, 387-88 (8th Cir. 2014) (qualified immunity analysis); Scott v. Benson, 742 F.3d 335, 340 (8th Cir. 2014) (objectively serious medical need is one diagnosed by physician as requiring treatment, or one so obvious that even layperson would easily recognize need for doctor's attention).

Accordingly, we affirm. See 8th Cir. R. 47B. The motion for appointed counsel is denied.

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.